UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IDA FARANO,

    Plaintiff,

v.                                          Case No.3:09-cv-1188-J-12HTS

DAVOL, INC.,

    Defendant.

## O R D E R

This cause is before the Court on Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL (Doc. 15), filed December 23, 2009. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL (Doc. 15) is granted and this case is hereby stayed. The parties are directed to notify the Court promptly upon resolution of the matter of transfer of this case to the District of Rhode Island.

**DONE AND ORDERED** this ___6th___ day of January 2010.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:     Counsel of Record